UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ISAIAH RODRIGUEZ,

          Petitioner,

    v.

SUPERIOR COURT OF THE STATE OF CALIFORNIA,

          Respondent.

Case No. 26-cv-00392-EMC

**ORDER DISMISSING MATTER WITHOUT PREJUDICE**

On January 7, 2026, Petitioner Isaiah Rodriguez, a pro se state prisoner, filed the present petition for writ of habeas corpus. ECF No. 1. On that same date, the Clerk of the Court sent Rodriguez a notice informing him that his case could not go forward until he paid the filing fee or filed a completed an *in forma pauperis* ("IFP") application. ECF No. 2. The notice warned Rodriguez that he must pay the filing fee or return a completed IFP application within 28 days or his action would be dismissed. *Id.* More than 28 days have passed and Rodriguez has not paid the filing fee or filed a completed IFP application.

Accordingly, this matter is **DISMISSED WITHOUT PREJUDICE**. The Clerk shall close the file.

    **IT IS SO ORDERED.**

Dated: May 12. 2026

_____
EDWARD M. CHEN
United States District Judge

United States District Court
Northern District of California